UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-399 (MJD/JGL)

UNITED STATES FIDELITY AND
GUARANTEE INSURANCE COMPANY, et al.,

Plaintiffs,

v. **PRETRIAL ORDER**

COMMERCIAL UNION INS., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by December 1, 2002, and Defendants shall disclose all expert witnesses, including reports, by January 15, 2003;

4. The period during which the parties may seek discovery shall be completed by February 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to May 1, 2003; and

7. This case will be considered "ready for trial" as of May 1, 2003.

DATED: March 27, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______