**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

United States Fidelity and Guarantee Insurance Company, Catherine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased, and Payless Cashways, Inc., d/b/a Knox Lumber Company,

Plaintiffs,

Court File No.: CV 01-399 MJD/JGL

v.

**ORDER TO AMEND PRETRIAL ORDER**

Commercial Union Midwest Insurance Company, American Employers' Insurance Company and KamCo Incorporated f/k/a WBL Services, Inc.,

Defendants.

---

Based upon the Local Rules and Rule 16 of the Federal Rules of Civil Procedure, and the Stipulation to Amend Pretrial Order filed by the parties, through their respective counsel, IT IS HEREBY ORDERED:

1. That the Clerk of Court shall forthwith file an Amended Pretrial Order in the form attached hereto, and circulate a copy of the same to counsel of record.

Dated this 27 day of Jan., 2003.

**BY THE COURT:**

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

United States Fidelity and Guarantee Insurance Company, Catherine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased, and Payless Cashways, Inc., d/b/a Knox Lumber Company,

Court File No.: CV 01-399 MJD/JGL

Plaintiffs,

v.

**STIPULATION TO AMEND PRETRIAL ORDER**

Commercial Union Midwest Insurance Company, American Employers' Insurance Company and KamCo Incorporated f/k/a WBL Services, Inc.,

Defendants.

---

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, and Rule 16.3 of the Local Rules of the District Court, it is hereby stipulated and agreed by and between the parties through their respective counsel that the Pretrial Order should be amended as follows:

1. The period during which the parties may seek discovery shall be completed shall be changed from February 1, 2003 to June 1, 2003;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period shall be changed from February 1, 2003 so that they are heard by June 1, 2003;

3. All dispositive motions must be noticed, and served, in accordance with the local rules, by September 1, 2003 (rather than May 1, 2003);

4. This case will be considered "ready for trial" as of October 1, 2003.

The parties stipulate and agree by and through their respective counsel that the Pretrial Order be amended with the above dates, and that the Court issue an Amended Pretrial Order setting forth the amended scheduling dates.

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

It is hereby expressly understood and agreed that the Scheduling Order be amended.

Respectfully Submitted,

**JOHNSON & VAN VLIET, L.L.P.**

Dated: 1/6/03

Jeannie Provo-Petersen (#282662)
Klay C. Ahrens (#236913)
Attorneys for Plaintiffs
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, MN 55101
(651) 227-2534

**L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P.**

Dated: 1/22/03

John D. McKenna, #5315
Attorneys for Plaintiffs
1050 Franklin Avenue
Garden City, NY 11530
(516) 294-8844

**TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, L.L.P.**

Dated: 1/15/03

Douglas R. Archibald (#138769)
Megan L. Deering (#293751)
Attorneys for Defendants American Employers' Insurance Company and Commercial Union Midwest
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

**PARSINEN, KAPLAN, ROSBERG & GOTLIEB, P.A.**

Dated: Jan. 20, 2003

Teresa M. Thompson (#248940)
Attorneys for Defendant KamCo, Inc.
100 South 5th Street
Suite 1100
Minneapolis, MN 55402-1298
(612) 333-2111

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

United States Fidelity and Guarantee Insurance Company, Catherine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased, and Payless Cashways, Inc., d/b/a Knox Lumber Company,

Plaintiffs,

v.

Commercial Union Midwest Insurance Company, American Employers' Insurance Company and KamCo Incorporated f/k/a WBL Services, Inc.,

Defendants.

Court File No.: CV 01-399 MJD/JGL

**AMENDED PRETRIAL ORDER**

---

Pursuant to Rule 16, Fed.R.Civ.P., the follow schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by December 1, 2002, and Defendants shall disclose all expert witnesses, including reports, by January 15, 2003;

4. The period during which the parties may seek discovery shall be completed by June 1, 2003;



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be heard by June 1, 2003;

6. Until further notice, all dispositive motions must be noticed and served, in accordance with the local rules, prior to September 1, 2003;

7. This case will be considered "ready for trial" as of October 1, 2003.

Dated this 22 day of Jan., 2003.

**BY THE COURT:**

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge