AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States Fidelity and Guarantee Insurance Company, et al.,

V.

Commercial Union Midwest Insurance Company, et al.,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-399 MJD/JGL

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' Motion for Summary Judgment (Docket No. 32) is GRANTED.
Plaintiff's' Motion for Partial Summary Judgment (Docket No. 39) is DENIED.

February 23, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Rena J. Lexvold
(By) Rena J. Lexvold, Deputy Clerk