**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**COURT FILE NO.: CV 01-399 MJD/JGL**

United States Fidelity and Guarantee Insurance Company, Catherine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased, and Payless Cashways, Inc., d/b/a Knox Lumber Company,

Plaintiffs,

v.

Commercial Union Midwest Insurance Company, American Employers' Insurance Company and KamCo Incorporated f/k/a WBL Services, Inc.,

Defendants.

**NOTICE OF APPEAL**

TO: Defendants Commercial Union Midwest Insurance Company and American Employers' Insurance Company, and their attorneys of records, Douglas R. Archibald,, Esq., and Megan L. Hafner, Esq., Terhaar, Archibald, Pfefferle & Griebel, LLP, 300 First Avenue North, Suite 220, Minneapolis, MN 55401:

NOTICE IS HEREBY GIVEN that United States Fidelity and Guarantee Insurance Company, Catherine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased, and Payless Cashways, Inc., d/b/a Knox Lumber Company, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered by the United States District Court for the District of Minnesota on February 23, 2004, pursuant to the Memorandum and Order of the Honorable Michael J. Davis dated February 19, 2004, granting Defendants Commercial Union Midwest Insurance Company and American Employers' Insurance Company's Motion for Summary Judgment and Denying Plaintiffs' Motion for Partial Summary



FILED 3-22-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Judgment.

Dated: 3/22/04

Respectfully submitted,

**JOHNSON • PROVO-PETERSEN, LLP**

Jeannie Provo-Petersen (#282662)
Gregory J. Johnson (#202678)
Klay C. Ahrens (#236913)
Attorneys for Plaintiffs
332 Minnesota Street
Suite West 975
St. Paul, MN 55101
(651) 227-2534