# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802

(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** March 8, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-399 (MJD/JGL)
Eighth Circuit Case No.:
Case Title: US Fidelity & Guarantee, et al v. Commercial Union

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

____ Two certified copies, and one uncertified copy of updated docket sheet from

____ Designated Clerk's Record #

____ Other:

X Transcript(s): (Listed below or on attached list)

| Volume | Date | Proceeding |
|---|---|---|
| | **1/16/04** | **Motion Hearing** |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: __________ Received by: ____________________

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br><br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br><br>(612) 664-5000 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802<br><br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN<br>56537<br>(218) 739-5758 |


Date Returned to USDC: ____________________