# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
05 MAR 10 PM 3:17
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** March 8, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-399 (MJD/JGL)
Eighth Circuit Case No.:
Case Title: US Fidelity & Guarantee, et al v. Commercial Union

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

____ Two certified copies, and one uncertified copy of updated docket sheet from

____ Designated Clerk's Record #

____ Other:

X Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|
| | **1/16/04** | **Motion Hearing** |

RECEIVED
MAR 09 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

SCANNED
MAR 10 2005
U.S. DISTRICT COURT ST. PAUL

civil\appeals\appeal transmittal information sheet.frm Modified 12/29/04