# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1826

| | | |
|---|---|---|
| United States Fidelity & Guarantee Insurance Company; Cahterine L. Rootness, Trustee for the Heirs and Next of Kin of Brent A. Hincher, deceased; Payless Cashways, Inc., d/b/a Knox Lumber Company, | * | Appeal from the United States District Court for the District of Minnesota |
| Appellants, | * | |
| vs. | * | |
| Commercial Union Midwest Insurance Company; American Employers' Insurance Company, | * | |
| Appellees. | * | |

RECEIVED BY MAIL

JAN 05 2006

CLERK US DIST COURT MINNEAPOLIS

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

December 7, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED

JAN 04 2006

U.S. DISTRICT COURT MPLS