04-1826
1876827

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** March 8, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-399 (MJD/JGL)
Eighth Circuit Case No.:
Case Title: US Fidelity & Guarantee, et al v. Commercial Union

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

____ Two certified copies, and one uncertified copy of updated docket sheet from

____ Designated Clerk's Record #

____ Other:

X Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|
| | **1/16/04** | **Motion Hearing** |

RECEIVED
JAN 05 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

JAN 05 2006

RECEIVED
MAR 09 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST PAUL

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ________ Received by: ________

Date Returned to USDC: ________

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
FEDERAL COURT BUILDING
316 NORTH ROBERT STREET
ST. PAUL MINNESOTA 55101

MICHAEL E. GANS
Clerk of Court

TELEPHONE
(651) 848-1300

January 5, 2006

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-1826 USF&G Ins. Co. vs. Commercial Union

District Court/Agency Case Number(s): CIV 01-399 MJD/JGL

Dear Mr. Sletten:

We are returning one volume transcript as the above-styled appeal has been mandated by the United States Court of Appeals for the Eighth Circuit.

If you have any questions or concerns, please call us.

(5203-010199)

Sincerely,

MICHAEL E. GANS, CLERK

by Judy Beamis
Deputy Clerk

jab

Enclosure(s)

RECEIVED
JAN 05 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA