ATTORNEYS AT LAW

# PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.

RECEIVED
BY U.S. MAIL

2006 FEB 28 AM 9:02

U.S. DIST. COURT
MINNEAPOLIS, MN

February 24, 2006

**Teresa M. Thompson**
**tthompson@parlaw.com**
**(612) 342-0338**

Sidney Kaplan
David Gotlieb
Joseph M. Sokolowski
Howard J. Rubin
Steven R. Katz
David A. Orenstein
Rebecca J. McDaniel
Jude Anne Carluccio
William S. Forsberg
Stephen M. Hickok
Peter T. Shimabukuro
Teresa M. Thompson
Shane Swanson
Joan P. Kurlander
Anne Marie Solberg
Laura E. Krishnan
Laura K. Graf
Kevin R. Coan
Towle H. Neu
Anh Le Kremer
Lindsay J. Zamzow
Lynn A. Archer
Jessica M. Pieklo
Bradley J. Frank

OF COUNSEL
John Parsinen
Jack A. Rosberg
Linda L. Holstein
Kathleen Doar

United States District Court
Clerk of Court
U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

**RE: United States Fidelity and Guarantee Insurance Company v. Commercial Union Insurance, Et Al.**
**Court File No.: 01-399-MJD/AJB**

Dear Clerk of Court:

This letter is to notify the Court that our office is no longer involved in the above-referenced matter. Our client was dismissed in this case several years ago. You may, therefore, remove my name from your e-mail distribution list.

Thank you for your attention in this matter.

Very truly yours,

Teresa M. Thompson

TMT:tdd

SCANNED
FEB 28 2006
U.S. DISTRICT COURT MPLS

432239v2