UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES FIDELITY AND
GUARANTEE INSURANCE COMPANY,

Case No. 01-399 MJD/AJB

Plaintiff,

v.

NOTICE OF
CANCELLATION

COMMERCIAL UNION INSURANCE, ET AL.,

Defendant.

---

Whereas, the Court has been notified that the above captioned matter has been settled,

You are hereby given notice that the settlement conference scheduled to be held on March 15, 2006 at 2:00 p.m., in Suite 720, 180 East 5th Street, St. Paul, Minnesota, before the undersigned Magistrate Judge has been **canceled**.

Dated: March 8, 2006

s/ Arthur J. Boylan
Arthur J. Boylan
U. S. Magistrate Judge